THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HAT TRICK MARINE, LLC, LLC, FEDERAL INSURANCE COMPANY, and ACE AMERICAN INSURANCE COMPANY,<br><br>        Plaintiffs,<br><br>v.<br><br>COREY TOEDEBUSCH, SARAH BOND, and the marital community thereof,<br><br>        Defendants. | IN ADMIRALTY<br><br>CAUSE NO. 2:20-CV-01697 RSM<br><br>STIPULATED MOTION AND ORDER EXTENDING DISCOVERY DEADLINE<br><br>NOTING DATE: SEPTEMBER 22, 2021 |
| COREY TOEDEBUSCH, SARA BOND, and the marital community thereof,<br><br>        Third-Party Plaintiffs,<br><br>vs.<br><br>PHILIP CORBIN III, an individual,<br><br>        Third-Party Defendant. | |

Pursuant to LCR 7(j), the parties, by and through their counsel of record, move this Court for relief from the discovery deadline to allow the completion of the depositions of defendant Sarah Bond, defense/third-party plaintiff expert Gerard Schaefer, and third-party defendant Philip Corbin III.

STIPULATED MOTION AND ORDER
EXTENDING DISCOVERY DEADLINE - 1
-
No.: 2:20-CV-01697

**Motion to Extend Discovery Deadline**

The parties to this matter have been diligently pursuing discovery including the exchange of written discovery and expert reports. The parties have taken the depositions of seven designated witnesses.  In addition to the discovery to date, the parties have been working to arrange the depositions of three additional individuals, defendant Sarah Bond, defense/third-party plaintiffs' expert Gerard Schaefer, and third-party defendant Philip Corbin.  Due to conflicts in attorney and witness work schedules including a recent unanticipated interruption caused by an attorney being called into trial, the depositions of Bond, Schaefer, and Corbin will not be able to be completed by the October 4, 2021 discovery deadline.  The parties and witnesses have agreed that the depositions of Bond and Schaefer can occur on October 7, 2021 and the deposition of Corbin can occur on October 12, 2021.

Good cause exists for relief from the discovery deadline to allow completion of the depositions.  The parties have been working diligently to arrange the depositions and the inability to complete the discovery is not due to any individual fault but to the complexities of accommodating the schedules of attorneys and witnesses.  Extension of the discovery deadline is requested solely to complete the depositions of the aforementioned individuals, which the parties agree have discoverable and relevant information related to their claims and defenses.  Therefore, the parties respectfully request this Court grant relief from the discovery deadline for the purposes of holding the depositions Sarah Bond, Gerard Schaefer, and Philip Corbin III.

//
//
//
//
//
//

ATTORNEYS AT LAW

STIPULATED MOTION AND ORDER
EXTENDING DISCOVERY DEADLINE - 2
-
No.: 2:20-CV-01697

BAUER  MOYNIHAN  &  JOHNSON  LLP
2101 FOURTH AVENUE, STE. 2400
SEATTLE, WASHINGTON 98121
TELEPHONE:  (206) 443-3400

| | |
|---|---|
| 1 | Dated this 22nd day of September, 2021. |
| 2 | |
| 3 | BAUER MOYNIHAN & JOHNSON LLP |
| 4 | /s Joseph M. Browne<br>Joseph M. Browne, WSBA No. 36580 |
| 5 | |
| 6 | /s Meliha Jusupovic<br>Meliha Jusupovic, WSBA No. 54024<br>Bauer Moynihan & Johnson LLP |
| 7 | 2101 Fourth Avenue Suite 2400<br>Seattle, WA  98121 |
| 8 | Telephone: (206) 443-3400 |
| 9 | Fax: (206) 448-9076 |
| 10 | jmbrowne@bmjlaw.com<br>mjusupovic@bmjlaw.com |
| 11 | Attorneys for Plaintiffs and Third-Party Defendant |
| 12 | WIECK WILSON, PLLC |
| 13 | |
| 14 | s/ Coreen Wilson<br>Coreen Wilson, WSBA No. 30314<br>Wieck Wilson, PLLC |
| 15 | 400 112th Avenue NE, Suite 340 |
| 16 | Bellevue, WA 98004<br>Telephone: (425) 454-4455 |
| 17 | Fax: (425) 454-4457 |
| 18 | coreenw@wieckwilson.com<br>Attorney for Defendants and Third-Party Plaintiffs |
| 19 | |
| 20 | SHUMSKY & BACKMAN |
| 21 | s/ Brent Hardy<br>Brent Hardy, WSBA No. 45405 |
| 22 | Shumsky & Backman<br>219 NW 20th Avenue, Suite 201 |
| 23 | Battle Ground, WA 98604 |
| 24 | Telephone: (360) 891-0442<br>Fax: (360) 891-0110 |
| 25 | brent@shumsky-backman.com<br>Attorney for Third-Party Plaintiffs and Third-Party Plaintiffs |
| 26 | |
| 27 | ATTORNEYS AT LAW |

STIPULATED MOTION AND ORDER
EXTENDING DISCOVERY DEADLINE - 3
-
No.: 2:20-CV-01697

BAUER  MOYNIHAN  &  JOHNSON  LLP
2101 FOURTH AVENUE, STE. 2400
SEATTLE, WASHINGTON  98121
TELEPHONE:  (206)  443-3400

**ORDER**

It is so ordered.

DATED this 24th day of September, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER
EXTENDING DISCOVERY DEADLINE - 4
-
No.: 2:20-CV-01697