|  |  |
|---|---|
| HAT TRICK MARINE, LLC, FEDERAL INSURANCE COMPANY, and ACE AMERICAN INSURANCE COMPANY,<br><br>  Plaintiffs,<br><br>  v.<br><br>COREY TOEDEBUSCH, SARAH BOND, and the marital community thereof,<br><br>  Defendants. | CASE NO. 2:20-cv-01697-LK<br><br>ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE |
| COREY TOEDEBUSCH, SARAH BOND, and the marital community thereof,<br><br>  Third-Party Plaintiffs,<br><br>  vs.<br><br>PHILIP CORBIN III, an individual,<br><br>  Third-Party Defendant. |  |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE - 1

THIS MATTER having come before this Court by way of stipulation by the Plaintiff and Defendants to dismiss all claims against all parties and without costs and attorney's fees as to any party, Dkt. No. 21, and the Court being fully advised, the Court hereby ORDERS as follows:

All claims made against any party to this matter are hereby DISMISSED with prejudice and without costs and fees as to any party.

Dated this 4th day of February, 2022.

*Lauren King*

Lauren King
United States District Judge